(90 South. 240)

No. 23879.

CHICAGO, R. I. & P. RY. CO. v. BOARD OF STATE AFFAIRS.

(Nov. 28, 1921.)

Appeal from Twenty-Second Judicial District Court, Parish of East Baton Rouge; H. F. Brunot, Judge.

Action by the Chicago, Rock Island & Pacific Railway Company against the Board of State Affairs. Judgment for plaintiff, and defendant appeals. Affirmed.

W. M. Barrow, Asst. Atty. Gen. (Harry P. Sneed, of New Orleans, of counsel), for appellant.

Barksdale & Barksdale, of Ruston, for appellee.

BAKER, J. The court having been informed by the counsel in this case that the appeal was improperly taken, and that the judgment should be affirmed, that disposition will be made of the cause.

The judgment appealed from is affirmed.